Argued October 22, decided November 12, 1912.

### STATE v. SMITH.

(127 Pac. 691.)

From Crook:   WILLIAM L. BRADSHAW, Judge.

The defendants, Perry Smith, Harry Keener, Dave Biggerstaff, Billy McGee, George Gardner, George Atwell, George B. Brown, William Snell, and James Green were severally convicted of selling intoxicating liquors, and appeal.                                    AFFIRMED.

For appellants there was a brief over the names of *Mr. Vernon A. Forbes, Mr. George L. Bernier* and *Mr. Hollis S. Wilson,* with an oral argument by *Mr. Wilson.*

For the State there was a brief over the names of *Mr. Fred W. Wilson,* District Attorney, and *Mr. Andrew M. Crawford,* Attorney General, with an oral argument by *Mr. Crawford.*

MR. JUSTICE MOORE delivered the opinion of the court.

The defendant, Perry Smith, was convicted of the crime of selling intoxicating liquor in Crook County in violation of the local option law, and he appeals from the judgment rendered against him.   It was stipulated herein, and also in the following cases in which the hereinafter named defendants were severally convicted of the same offense, alleged to have been committed in that county, and individually appeals, to wit: *State* v. *Harry Geener, State* v. *Dave Biggerstaff, State* v. *Billy McGee, State* v. *George Gardner, State* v. *George Atwell, State*

v. *George B. Brown,* and *State* v. *William Snell* and *James Green,* that the decision rendered in the case of *State* v. *Ramsey,* 63 Or. 291 (127 Pac. 691), should govern the determination of each of these causes.

It results, therefore, that the judgments thus rendered against the several defendants should be affirmed, and it is so ordered.                                    AFFIRMED.